SCWC-30172

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CUC THI NGO, ANGELO NGUYEN, ANTHONY NGUYEN, AN VAN NGUYEN, and LEO YOUNG, ESQ., in his capacity as Personal Representative of the Estate of Jennifer Giao Nguyen, Deceased, Petitioners/Plaintiffs-Appellants,

vs.

THE QUEEN'S MEDICAL CENTER, a Hawaiʻi Domestic Nonprofit Corporation; THINH T. NGUYEN, M.D.; THE EMERGENCY GROUP, INC., Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30172; CIV. NO. 07-1-0268)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and Circuit Judge Ayabe, assigned by reason of vacancy)

The application for writ of certiorari filed by Petitioners/Plaintiffs-Appellants Cuc Thi Ngo, Angelo Nguyen, Anthony Nguyen, An Van Nguyen, and Leo Young, Esq., in his capacity as Personal Representative of the Estate of Jennifer Giao Nguyen, Deceased, on February 28, 2014, is hereby accepted

and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, April 15, 2014.

| | |
|---|---|
| John S. Edmunds, | /s/ Mark E. Recktenwald |
| Ronald J. Verga, and | |
| Joy S. Omonaka, | /s/ Paula A. Nakayama |
| for petitioner Leo Young, | |
| in his capacity as | /s/ Sabrina S. McKenna |
| Personal Representative of the | |
| Estate of Jennifer Giao Nguyen, | /s/ Richard W. Pollack |
| Deceased, and | |
| Michael J.Y. Wong, | /s/ Bert I. Ayabe |
| for petitioners | |
| Cuc Thi Ngo, Angelo Nguyen, | |
| Anthony Nguyen, and | |
| An Van Nguyen | |



John Reyes-Burke
for respondent
Thinh T. Nguyen, M.D., and
the Emergency Group, Inc.